UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARREN F. MILLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-5200** |
| **SHERIFF M. GUSMAN, ET AL.** | **SECTION: "M"(3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  7th  day of    April   , 2009.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE